IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER A. JONES,            )
                                 )
           Plaintiff,            )
                                 )
v.                               )   Case No. CIV-15-152-D
                                 )
OKLAHOMA COUNTY JAIL, *et al.*,  )
                                 )
           Defendants.           )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell recommends a dismissal without prejudice of this civil rights action under 42 U.S.C. § 1983 due to Plaintiff's repeated failures to comply with orders to cure deficiencies in his motions to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Plaintiff has not filed a timely objection nor requested additional time to object, although he was expressly advised of his right to object and was given notice of the waiver rule. Under the circumstances shown by the case record, the Court finds that Plaintiff has waived further judicial review. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). Further, for the reasons stated by Judge Mitchell, the Court finds that a dismissal without prejudice is warranted.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 13] is adopted its entirety. This action is dismissed without prejudice to refiling. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this  26th  day of June, 2015.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE